UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAMELLIA RODRIGUEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-05044-KES-CDB (SS)

ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT

(Doc. 11)

Pending before the Court is the stipulated request of Plaintiff Camellia Rodriguez to extend the deadline to file a motion for summary judgment, from September 24, 2026, through and including November 9, 2026. (Doc. 11). The parties represent that Plaintiff's counsel has a number of briefs due before other courts and requires additional time to brief the issues in this action. *Id.* at 1. Defendant does not oppose the request and has stipulated to the requested relief. *Id.*

For good cause shown by the parties' representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **November 9, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated: **September 18, 2026**

UNITED STATES MAGISTRATE JUDGE